IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

MICHAEL F. JONES,

    Defendant.

Case No. 18-cr-40077-JPG-1

## MEMORANDUM AND ORDER

This matter comes before the Court on consideration of defendant Michael F. Jones's *pro se* motion for a reduction of his criminal sentence pursuant to 18 U.S.C. § 3582(c)(2) and United States Sentencing Guidelines Manual ("U.S.S.G.") § 1B1.10, making Amendment 821 retroactive (Doc. 69).   Counsel appeared earlier in this case in connection with Jones's prospects for a reduction in sentence under Amendment 821 (Doc. 62), but after determining that Amendment 821 did not reduce Jones's sentencing range, the Court allowed counsel to withdraw (Doc. 68).

Amendment 821 reduced the number of criminal history points assessed against certain defendants for committing crimes while under a criminal justice sentence.   The Court determined that Amendment 821 did not reduce Jones's criminal history category because he was a career offender, which dictated that he was in Criminal History Category VI regardless of any point reduction.   Amendment 821 simply did not result in a lower criminal history category, so it did not lower the defendant's sentencing range.

Nothing material has changed since the Court's prior order.   Accordingly, for the same reasons it allowed counsel to withdraw, the Court **DENIES** Jones's motion for a sentence reduction (Doc. 69).

**IT IS SO ORDERED.**
**DATED:  March 17, 2025**

                                          s/ J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **U.S. DISTRICT JUDGE**